**CSD 3029** [11/15/04]
Name, Address, Telephone No. & I.D. No.
Ben H. Logan (S.B. # 071711)
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Order Entered on
May 11, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re Nicolas Marsch III

Debtor.

BANKRUPTCY NO. 10-02939-PB11

Lennar Corporation, et. al.

Plaintiff(s)

ADVERSARY NO. 10-90253-PB

v.
Nicolas Marsch III

Defendants(s)

## JUDGMENT BY DEFAULT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted.  Request for Default Docket Entry No. 12

//
//
//
//

DATED:     May 11, 2011

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

O'Melveny & Myers LLP
(Firm name)

By: /s/ Ben H. Logan
    Attorney for Plantiff
    Lennar Corporation, et. al.

Judge, United States Bankruptcy Court

CSD 3029

American LegalNet, Inc.
www.USCourtForms.com

**CSD 3029** [11/15/04] **(Page 2)**
JUDGMENT BY DEFAULT
DEBTOR: Nicolas Marsch III

CASE NO: 10-02939-PB11
ADVERARY NO.: 10-90253-PB

Default was entered against defendant, Nicolas Marsch III ("Marsch"), on December 15, 2010. Therefore, on motion of the plaintiff, judgment is entered against that defendant in favor of the plaintiff as follows.

IT IS ORDERED THAT:[1]

1. Any liability of Marsch with respect to the Fifth, Sixth, and/or Seventh Causes of Action in the DLA1 Action may not be discharged in the Bankruptcy Case, pursuant to 11 U.S.C. § 523(a)(6);

2. Any liability of Marsch with respect to the Seventh or Eighth Causes of Action in the DLA 2 Action may not be discharged in the Bankruptcy Case pursuant to 11 U.S.C. § 523(a)(6);

3. Any liability of Marsch with respect to the First Cause of Action, Second Cause of Action, Third Cause of Action, Fourth Cause of Action, Fifth Cause of Action, Sixth Cause of Action, Eighth Cause of Action, Fifteenth Cause of Action, Sixteenth Cause of Action, Seventeenth Cause of Action, Eighteenth Cause of Action, Nineteenth Cause of Action and/or Twenty-First Cause of Action in Lennar-Bridges Cross-Plaintiff's Cross-Complaint in the Bridges Action may not be discharged in the Bankruptcy Case, pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), and/or 523(a)(6);and

4. Any liability of Marsch with respect to Counts I, II, III, IV, and/or V in the Florida Action may not be discharged in the Bankruptcy Case, pursuant to 11 U.S.C. §§ 523(a)(6) and 523(a)(19).

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Complaint to Determine that Debt is Not Dischargeable [Docket No. 1]

**CSD 3029**

American LegalNet, Inc.
www.USCourtForms.com

*Signed by Judge Peter W. Bowie May 11, 2011*